UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Galvstar Holdings, LLC; DSB Holdings, LLC

                Plaintiffs,                16-cv-07126(GBD)

      -against-                 CIVIL CASE MANAGEMENT PLAN
                                         AND SCHEDULING ORDER

Harvard Steel Sales, LLC; Jeremy Jacobs,

                Defendants.
---------------------------------------------------------------X

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of civil Procedure.

1. An Initial pretrial conference will be held on **Tuesday, November 22, 2016 at 9:30 a.m.** at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 11A.

2. **No Additional parties** may be joined after **March 31, 2017.**

3. No amendment to the pleadings will be permitted after **March 31, 2017.**

4. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **May 26, 2017.** The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

5. **Dispositive motions** are to be served by **June 24, 2017.** Answering papers are to be served within **30 days, or within a time agreed to by the parties in a Court-approved briefing schedule.** Reply papers are to be served within **14 days, or within a time agreed to by the parties In a Court-approved briefing schedule.** In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks

1

from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

6. A final **pretrial conference** will be held on **August \_\_, 2017 at \_\_:\_\_ \_.m.. (to be supplied by Court).**

7. The **Joint Pretrial Order** shall be filed no later than _____, **2017 (seven (7) days prior to the deadline set forth in no. 6, above).** The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

8. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

9. The parties shall be **ready for trial** within 48 hours notice on or after **September 8, 2017.** The estimated trial time is **five (5) days**, and this is a jury trial.

10. A **Subsequent Case Management Conference** will be held on **March 21, 2017 at 9:45 a.m.**

Dated: November \_\_, 2016
New York, New York

SO ORDERED:

_____
George B. Daniels
United States District Judge

REISS SHEPPE LLP

_[signature]_

Attorneys for Plaintiffs

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

_[signature: Joseph G. Hess]_

Attorneys for Defendants

2