**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

GALVSTAE HOLDINGS, LLC;
DSB HOLDINGS, LLC, as assignee,

                Plaintiffs,                16 **CIVIL** 7126 (GBD) (BCM)

      -against-                          **JUDGMENT**

HARVARD STEEL SALES, LLC;
JEREMY JACOBS,

                Defendants.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 23, 2020, Harvard's motion for summary judgment, (ECF No.9), is granted.

**Dated:** New York, New York
         September 25, 2020

                                                  **RUBY J. KRAJICK**
                                            _____
                                                  **Clerk of Court**
                 **BY:**
                                               _____
                                                   **Deputy Clerk**